IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY BARNES,** : | |
| Petitioner, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 11-5193** |
| **BRIAN E. COLEMAN ET AL.,** : | |
| Respondents. : | |

**ORDER**

**AND NOW**, this \_\_\_\_ of April, 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Doc. 13), **IT IS HEREBY ORDERED** and **DECREED** as follows:

    1.    The Report and Recommendation is **APPROVED** and **ADOPTED**;

    2.    The petition for Writ of *Habeas Corpus*, filed pursuant to 28 U.S.C. 2254 is **DENIED AND DISMISSED AS MOOT**; and

    3.    There is no basis for the issuance of a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**